**Albert HUM, Relator,**

v.

**CITY OF MINNEAPOLIS, Self-Insured, Respondent.**

No. C2-98-2268.

Supreme Court of Minnesota.

Feb. 25, 1999.

Raymond R. Peterson, Sieben, Grose, Von Holtum, McCoy & Carey, Ltd., Minneapolis, for relator.

---

Jay M. Heffern, Minneapolis City Atty., J. David Abramson, Asst. City Atty., Minneapolis, for respondent.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed November 10, 1998, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:

Joan Ericksen Lancaster

Joan Ericksen Lancaster

Associate Justice